**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00582-CV

**TEXAS WEST END, INC, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-04868-H**

## ORDER

Appellant TCI West End, Inc.'s motion for leave to file supplemental briefs on remand is hereby **GRANTED**. Appellant's supplemental brief is due to be filed on or before September 4, 2015. Appellee's supplemental brief, if any, is due to be filed September 28, 2015. Appellant's supplemental reply brief, if any, is due to be filed October 12, 2015. Appellant's and Appellee's supplemental briefs shall be no more than fifteen (15) pages in length. Appellant's supplemental reply brief shall be no more than ten (10) pages in length. No extensions will be granted absent extraordinary circumstances.

/s/     DAVID EVANS
         JUSTICE